**Order entered August 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00146-CR

### ESSIE D. HOPKINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55764-U**

## ORDER

The Court **REINSTATES** the appeal.

On August 1, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 19, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 1, 2014 order requiring findings.

We **ORDER** Andrea Reed, deputy official court reporter, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 7, a DVD.

Appellant's brief is due within forty-five days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court; Andrea Reed, deputy official court reporter, 291st Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE